IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Robinson, Ella Mae | Case Number: 07 B 08773 |
| | Judge: Squires, John H |
| Printed: 8/26/08 | Filed: 5/14/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: July 16, 2008
Confirmed: September 5, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 3,420.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 3,227.07 |
| Trustee Fee: | | 192.93 |
| Other Funds: | | 0.00 |
| Totals: | 3,420.00 | 3,420.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Schottler & Zukosky | Administrative | 3,263.55 | 3,227.07 |
| 2. | American Home Mortgage Servicing | Secured | 0.00 | 0.00 |
| 3. | Internal Revenue Service | Secured | 0.00 | 0.00 |
| 4. | American Home Mortgage Servicing | Secured | 17,990.57 | 0.00 |
| 5. | Internal Revenue Service | Priority | 2,566.00 | 0.00 |
| 6. | Creditors Discount & Audit Co | Unsecured | 82.50 | 0.00 |
| 7. | Capital One | Unsecured | 197.65 | 0.00 |
| 8. | Asset Acceptance | Unsecured | 171.09 | 0.00 |
| 9. | Kaplan | Unsecured | 106.32 | 0.00 |
| 10. | Internal Revenue Service | Unsecured | 6,593.76 | 0.00 |
| 11. | Commonwealth Edison | Unsecured | 178.45 | 0.00 |
| 12. | Monroe & Main | Unsecured | 11.96 | 0.00 |
| 13. | Premier Bankcard | Unsecured | 40.54 | 0.00 |
| 14. | Capital One | Unsecured | 188.99 | 0.00 |
| 15. | Northwestern Medical Faculty | Unsecured | 2,966.50 | 0.00 |
| 16. | Aspire Visa | Unsecured | 62.03 | 0.00 |
| 17. | Ginny's | Unsecured | 116.74 | 0.00 |
| 18. | ECast Settlement Corp | Unsecured | 26.93 | 0.00 |
| 19. | City Of Chicago | Unsecured | 18.04 | 0.00 |
| 20. | Midnight Velvet | Unsecured | 50.36 | 0.00 |
| 21. | Peoples Energy Corp | Unsecured | 417.80 | 0.00 |
| 22. | ECast Settlement Corp | Unsecured | 29.35 | 0.00 |
| 23. | Schottler & Zukosky | Priority | | No Claim Filed |
| 24. | CRA Security Systems | Unsecured | | No Claim Filed |
| 25. | AT&T | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Robinson, Ella Mae | Case Number: 07 B 08773 |
|---|---|
| | Judge: Squires, John H |
| Printed: 8/26/08 | Filed: 5/14/07 |

| # | Creditor | Type | | |
|---|---|---|---|---|
| 26. | CBCS | Unsecured | | No Claim Filed |
| 27. | AT&T Broadband | Unsecured | | No Claim Filed |
| 28. | CBCS | Unsecured | | No Claim Filed |
| 29. | City Of Chicago | Unsecured | | No Claim Filed |
| 30. | Collection Company Of America | Unsecured | | No Claim Filed |
| 31. | Ameritech | Unsecured | | No Claim Filed |
| 32. | Great Western Supply Co | Unsecured | | No Claim Filed |
| 33. | Heller & Frisone Ltd | Unsecured | | No Claim Filed |
| 34. | I C Systems Inc | Unsecured | | No Claim Filed |
| 35. | I C Systems Inc | Unsecured | | No Claim Filed |
| 36. | Metro Infectious Disease Consu | Unsecured | | No Claim Filed |
| 37. | Medical Collections | Unsecured | | No Claim Filed |
| 38. | Our Lady of Resurrection Medic | Unsecured | | No Claim Filed |
| 39. | RPM Inc | Unsecured | | No Claim Filed |
| 40. | Roaman's | Unsecured | | No Claim Filed |
| 41. | TeleCheck | Unsecured | | No Claim Filed |
| 42. | N Hasan MD | Unsecured | | No Claim Filed |
| 43. | Sterling Bank & Trust | Unsecured | | No Claim Filed |
| 44. | TCF Bank | Unsecured | | No Claim Filed |
| 45. | Wexler & Wexler | Unsecured | | No Claim Filed |
| 46. | Wow Internet | Unsecured | | No Claim Filed |
| | | | $ 35,079.13 | $ 3,227.07 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 144.18 |
| 6.5% | 48.75 |
| | _____ |
| | $ 192.93 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_[signature]_